IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00190-PAB-KLM

JOHN M. MBAKU, and
LUVIBIDILA JOLIE LUMUENEMO,

      Plaintiffs,

v.

BANK OF AMERICA, NATIONAL ASSOCIATION, successor BAC Home Loans Servicing,
LP, formerly known as Countrywide Home Loans Servicing, LP,

      Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiffs' **Motion for Leave to File Amended Complaint Pursuant to Fed. R. Civ. P. 15(a)** [Docket No. 34; Filed April 5, 2013] (the "Motion"). Plaintiffs, who proceed in this matter as *pro se* litigants, do not provide specific factual allegations in support of their argument to amend the Complaint, nor do they provide an Amended Complaint for the Court's review. *See Hinson v. Norwest Fin. South Carolina, Inc.*, 239 F.3d 611, 618 (4th Cir. 2001); *MDM Group Assoc., Inc. v. Midgett Realty, Inc.*, No. 07-cv-02543-WDM-CBS, 2008 WL 2756926, at *2-3 (D. Colo. July 14, 2008) (discussing Rules 15(a) and 20(a)); *see also* 6 Fed. Prac. & Proc. Civ. § 1479 (3d ed.) (relationship between Rule 15(a) and other federal rules). Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#34] is **DENIED without prejudice**. If Plaintiffs choose to re-file, they must provide an Amended Complaint for the Court's review along with a motion requesting that they be permitted to amend the Complaint. Plaintiffs are warned, however, that the Court will not permit amendment of any claims that have already been dismissed from this lawsuit with prejudice.

      Dated: April 12, 2013