**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks        Date: June 28, 2013
Court Reporter: Janet Coppock                Time: 2 hours and 29 minutes

**CASE NO.  12-cv-00190-PAB-KLM**

<u>Parties</u>                                  <u>Counsel</u>

**JOHN M. MBAKU, and**                        Pro Se
**LUVIBIDILA JOLIE LUMUENEMO,**               Not Present

             Plaintiff (s),

vs.

**BANK OF AMERICA, N.A.,**                   Justin Balser
                                              Melissa Cizmorris
             Defendant (s).                   Victoria Edwards

**HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

**2:32 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL for defendant.  Plaintiff is proceeding pro se.

Court addresses preliminary matters.

**ORDERED:**  Plaintiffs' Motion to Strike {Docket No. 50] is **DENIED.**

**ORDERED:**  Plaintiffs' Motion in Limine [Docket No. 54] is **DENIED.**

Page Two
12-cv-00190-PAB-KLM
June 28, 2013

**Plaintiffs' Motion For Preliminary Injunction [Docket No. 41]**

Plaintiffs' **exhibits 1, 10, 11, 15, 20, 23, 24, 25, 28 and 34** identified, offered and **ADMITTED.**

Plaintiffs' **exhibits 2, 3, 4, 5, 6, 7, 8, 9, 12, 13, 14, 16, 19, 26, 27, 29, 30, 33, 35 and 38** identified, offered and **ADMITTED** over objection by Ms. Edwards.

Plaintiffs' **exhibits 17, 18, 31, 36 and 37** identified and offered.  Objections by Ms. Edwards.  Objections are **SUSTAINED.**

Plaintiffs' **exhibit 32** identified and offered.  Objection by Ms. Edwards.  Objection is **OVERRULED in PART and SUSTAINED in PART.**

**3:13 p.m.**     Direct examination of defendant's witness Artin Hovsepian by Ms. Edwards.

Defendant's **exhibit A** (original) identified, offered and **ADMITTED.**

Defendant's **exhibit D** identified, offered and **ADMITTED** over objection by Mr. Mbaku.

Defendant's **exhibit P** identified, offered and **ADMITTED** over objection by Mr. Mbaku.

**3:31 p.m.**     Cross examination by Mr. Mbaku.

**3:42 p.m.**     Redirect examination by Ms. Edwards.

**3:44 p.m.**     Recross examination by Mr. Mbaku.

Witness is excused.

**3:50 p.m.     COURT IN RECESS**

**4:01 p.m.     COURT IN SESSION**

   Argument by Mr. Mbaku.  Questions by the Court.

**4:20 p.m.**     Argument by Ms. Edwards.  Questions by the Court.

**4:50 p.m.**     Rebuttal argument by Mr. Mbaku.

Page Three
12-cv-00190-PAB-KLM
June 28, 2013

**ORDERED:** Plaintiffs' Motion For Preliminary Injunction [Docket No. 41] is **TAKEN UNDER ADVISEMENT.** Written order shall issue.

**5:10 p.m.      COURT IN RECESS**

**Total in court time:         149 minutes**

**Hearing concluded**