IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00190-PAB-KLM

JOHN M. MBAKU, and
LUVIBIDILA JOLIE LUMUENEMO,

    Plaintiffs,

v.

BANK OF AMERICA, NATIONAL ASSOCIATION, successor BAC Home Loans Servicing, LP, formerly known as Countrywide Home Loans Servicing, LP,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' opposed **Motion to Stay Discovery Order Pending De Novo Review by District Court Judge** [#90] (the "Motion"). Plaintiffs seek a stay of discovery in this matter pending review by the District Judge of the objections raised by Plaintiffs to the undersigned's discovery-related orders entered at the hearing held on September 27, 2013. *See Minute Entry* [#84]. Specifically, Plaintiffs assert that they are taking Defendant's Rule 30(b)(6) deposition on November 6, 2013, but that they have not had "access to any documents produced by the Defendant, which would aid in the preparation of Defendant's examination." *Motion* [#90] at 1. However, the Court outlined in the Minutes of the hearing held on September 27, 2013 how Plaintiffs should proceed to obtain documents from Defendant. Further, Plaintiffs' Motion to Compel Production of Documents from Defendant Bank of America (BOA) was denied without prejudice. Accordingly,

    IT IS HEREBY **ORDERED** that Plaintiffs' Motion [#90] is **DENIED**.

    Dated: October 17, 2013