IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00190-PAB-KLM

JOHN M. MBAKU, and
LUVIBIDILA JOLIE LUMUENEMO,

    Plaintiffs,

v.

BANK OF AMERICA, NATIONAL ASSOCIATION, successor BAC Home Loans Servicing, LP, formerly known as Countrywide Home Loans Servicing, LP,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Stay the Dispositive Motion Deadline Pending Decision on Plaintiffs' Motion to Amend Their Complaint** [#104] (the "Motion"). On December 26, 2013, Plaintiffs filed a Response. For the same reasons stated in the Court's Order [#100] granting Plaintiffs' Unopposed Motion to Stay Discovery Pending De Novo Review by District Court Judge [#98],

    IT IS HEREBY **ORDERED** that Motion [#104] is **GRANTED in part**. The dispositive motion deadline is **vacated** and will be reset following review by the District Judge of the objections raised by Plaintiffs to the undersigned's Recommendation [#81] on Plaintiffs' Second Motion for Leave to File Amended Complaint Pursuant to Fed. R. Civ. P. 15(a)(2) [#39].

    Dated: January 8, 2014