IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00190-PAB-KLM

JOHN M. MBAKU, and
LUVIBIDILA JOLIE LUMUENEMO,

    Plaintiffs,

v.

BANK OF AMERICA, NATIONAL ASSOCIATION, successor BAC Home Loans Servicing, LP, formerly known as Countrywide Home Loans Servicing, LP,

    Defendant.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Motion for Partial Summary Judgment Pursuant to Fed. R. Civ. P. 56(a)** [#102] (the "Motion for Summary Judgment") and on Defendant's **Motion to Strike Plaintiffs' Motion for Partial Summary Judgment** [#109] (the "Motion to Strike"). On January 21, 2014, Plaintiffs filed their Second Amended Complaint [#115]. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion for Summary Judgment [#102] is **DENIED as moot**.[1]

    IT IS FURTHER **ORDERED** that the Motion to Strike [#109] is **DENIED as moot**.

    Dated: January 29, 2014

---

[1] Plaintiffs are reminded that any filed motion for summary judgment must comply with PAB Practice Standard III(F)(3)(b).