**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00190-PAB-KLM

JOHN M. MBAKU,
LUVIBIDILA JOLIE LUMUENEMO,,

    Plaintiff,

v.

BANK OF AMERICA, NATIONAL ASSOCIATION,
as successor by merger to BAC Home Loans Servicing, LP
f/k/a Countrywide Home Loans Servicing LP,

    Defendant.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order [156] of Judge Philip A. Brimmer entered on August 20, 2014 it is

    ORDERED that Plaintiffs John M. Mbaku, and Luvibidila Jolie Lumuenemo, recover nothing, the action is dismissed on the merits.

    Dated at Denver, Colorado this 20th day of August, 2014.

                                                    FOR THE COURT:
                                                  JEFFREY P. COLWELL, CLERK

                                    By:  s/   A. García Gallegos
                                             Deputy Clerk